IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown-Montgomery, Veronica

Printed: 11/13/07

Case Number: 07 B 18682
Judge: Wedoff, Eugene R
Filed: 10/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 9, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 17,827.09 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 34.82 | 0.00 |
| 4. | Discover Financial Services | Unsecured | 1,513.44 | 0.00 |
| 5. | B-Real LLC | Unsecured | 930.71 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 108.66 | 0.00 |
| 7. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 8. | Brazos Higher ED | Unsecured | | No Claim Filed |
| 9. | Brazos Higher ED | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 12. | Darvin Furniture | Unsecured | | No Claim Filed |
| 13. | Sears | Unsecured | | No Claim Filed |
| 14. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 15. | DSNB | Unsecured | | No Claim Filed |
| 16. | Macy's | Unsecured | | No Claim Filed |
| 17. | Silkies | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,414.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown-Montgomery, Veronica | Case Number: 07 B 18682 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/13/07 | Filed: 10/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_